

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Steven Moody Ph.D v. Texas Board of Pardons and Parole Division, et al

Appellate case number:   01-21-00316-CV

Trial court case number: 2020-00034

Trial court:             11th District Court of Harris County

Appellant, acting pro se, has filed a motion "Requesting for Loaner of Courts Records, and Trial Court's Reporter's Records, and Transcript's Documentation." To the extent that appellant requests a loan of original court records, the motion is denied. Considering the motion as instead requesting copies of the clerk's record and the reporter's record, the motion is granted with respect to the clerk's record. Although a clerk's record has been filed, a reporter's record has not been filed and the court reporter has averred that a reporter's record was not taken.

Accordingly, we direct the trial court clerk to send a copy of the clerk's record to appellant within **7 days** of this order.

It is so ORDERED.

Judge's signature: _____/s/ Sarah B. Landau_____
                                         Acting individually

Date:   ___September 21, 2021___